23045. ROBINSON *et al. v.* MORRIS PLAN COMPANY.

GUERRY, J. The taking and reserving of interest at the rate of 8 per cent. in advance, whether for a short-time or long-time loan, is usurious. *Loganville Banking Co.* v. *Forrester,* 143 *Ga.* 302 (84 S. E. 961, L. R. A. 1915D, 1195); *Reese* v. *Bloodworth,* 146 *Ga.* 355 (91 S. E. 120); *Bank of Lumpkin County* v. *Justus,* 150 *Ga.* 286 (103 S. E. 794); *Haley* v. *Covington,* 19 *Ga. App.* 782 (92 S. E. 297). The provisions of the Civil Code (1910), § 2878, with reference to building and loan associations, to apply, must be pleaded. The petition does not disclose that the plaintiff stands in any exceptional capacity. The plea of usury was good, and the court erred in striking it.

*Judgment reversed. MacIntyre, J., concurs. Broyles, C. J., dissents.*

DECIDED OCTOBER 20, 1933.

*J. T. Powell, Krauss & Strong,* for plaintiffs in error.

*J. J. Lissner Jr., W. C. Little, G. B. Cowart,* contra.

BROYLES, C. J., dissenting. Under the Civil Code (1910), § 2878, as amended by the act of 1910 (Ga. L. 1910, p. 55) and the act of 1913 (Ga. L. 1913, p. 54), and under the decisions of the Supreme Court in *Atlanta Loan & Saving Co.* v. *Norton,* 149 *Ga.* 805 (102 S. E. 536), and of this court in the same case, 24 *Ga. App.* 771 (102 S. E. 539), the plaintiff was "a like association" to building and loan associations within the meaning of the act of 1913. The defendant's answer was properly stricken. In my opinion, the court did not err in directing a verdict in favor of the plaintiff for the principal, interest, and court costs, but erred in including therein attorney's fees. I think the judgment

should be affirmed on condition that the plaintiff write off from the judgment the amount found for attorney's fees.